Leonard FAYMORE, D.O., Appellant,

v.

STATE BOARD OF REGISTRATION FOR THE HEALING ARTS, Respondent.

No. WD 41389.

Missouri Court of Appeals, Western District.

May 16, 1989.

Motion For Transfer to Supreme Court Denied June 27, 1989.

Leonard Faymore, Milan, pro se.

Vicki J. Goldammer, Terry E. Crow, Jefferson City, for respondent.

Before SHANGLER, P.J., and MANFORD and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

Appeal from judgment of the trial court sustaining motion to dismiss appellant's petition for review of an order of the State Board of Registration for the Healing Arts revoking appellant's medical license.

Affirmed. Rule 84.16(b).